THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**AMC PREMIERE LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO. _____**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against AMC Premiere LLC ("AMC") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1. Plaintiff is a Texas limited liability company with an office at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

2. On information and belief, Defendant is a Delaware limited liability company, with its principal office located at 11 Penn Plaza, 15th Floor, New York, NY 10001. On information and belief, Defendant may be served with process through its registered agent, Corporation Service Company, at 251 Little Falls Dr., Wilmington, DE 19808.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7. Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District.

## BACKGROUND

8. On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9. Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10. Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11. The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
### (Infringement of United States Patent No. 8,856,221)

12. Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13. This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14. Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

16. Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.

17. Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the AMC Premiere streaming platform, and any similar products ("Product"), which infringes at least Claim 7 of the '221 Patent.

18. The Product practices a method of storing (e.g., cloud storage) media content (e.g. and recorded video) and delivering requested media content to a consumer device. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.amcpremiere.com/



Source: https://tv.youtube.com/browse/amc-premiere-UCQHgXVcwJi5u_1gSFXL8fpA



Source: https://www.amcpremiere.com/where-to-watch-amc-premiere

How do I download episodes on AMC Premiere?

You can access temporary downloads for shows on AMC Premiere in the AMC app. Once added to your list, they will be available for 14 days or less if the episode is removed from AMC Premiere.

Source: https://www.amcpremiere.com/guide



Source: https://www.amcpremiere.com/where-to-watch-amc-premiere

- Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
- Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6

19. The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **When are episodes available on AMC Premiere?**
>
> Select shows have full seasons available early. Otherwise, most episodes are available on demand at the same time they air on live TV. Some shows, like Talking Dead, are broadcast live and are available on AMC Premiere early the following morning.

Source: https://www.amcpremiere.com/guide

> **3. AMC Premiere Ready Device**
>
> To access and use certain AMC Premiere Services, including Content, you will be required to use an approved platform such as a gaming system, smart TV, mobile device, set top box, Amazon Fire TV device, Apple TV device, Android TV device, Roku device, Xbox device, and/or other technology meeting certain system, configuration and other requirements (an "AMC Premiere ready device"). Information on these requirements may be found in our Minimum System and Configuration Requirements or by contacting us at amcpremiere@amc.com. You should ensure that you have an AMC Premiere ready device prior to purchasing or ordering any AMC Premiere Services.

Source: https://www.amc.com/terms-premiere#6

> - Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
> - Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6



Source: https://www.amc.com/account/

20. The at least one server necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

[Screenshot: AMC Sign In page with Email and Password fields, Sign In button, and "DON'T HAVE AN ACCOUNT? For just $4.99 you get shows uninterrupted, whenever, wherever and much more — LEARN MORE"]

Source: https://www.amc.com/account/

[Screenshot: "7. User Registration" section of AMC Premiere terms]

Once you successfully authenticate through your TV provider or once you have successfully selected your AMC Premiere Services package, as applicable, you need to become a registered User of AMC Premiere Services in order to access and use the AMC Premiere Services. To become a registered User via the App on any device except for Android TV and Xbox, you must create an account with a unique username and password combination through the App ("User Credentials") and provide certain additional information, including, but not limited to, name and zip code ("Registered Account"). To become a registered User via the Ecommerce Website, you will be prompted to create a Registered Account with User Credentials directly on the Ecommerce Website. Registered Accounts can only be established by residents of the Territory (as defined below) who have reached the age of majority, who have otherwise met the criteria to create User Credentials. After you input the User Credentials, you will need to: (i) accept the AMC Premiere Terms, located at https://www.amc.com/terms-premiere, and (ii) agree to receiving updates, alerts and Promotions from AMC to confirm your registration with AMC Premiere. Once you authenticate your service for AMC with your TV Provider and become a registered User, you will be able to purchase the AMC Premiere Services as described in Section 8 below.

Source: https://www.amc.com/terms-premiere#6

21. The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.amcpremiere.com/guide

**3. AMC Premiere Ready Device**

To access and use certain AMC Premiere Services, including Content, you will be required to use an approved platform such as a gaming system, smart TV, mobile device, set top box, Amazon Fire TV device, Apple TV device, Android TV device, Roku device, Xbox device, and/or other technology meeting certain system, configuration and other requirements (an "AMC Premiere ready device"). Information on these requirements may be found in our Minimum System and Configuration Requirements or by contacting us at amcpremiere@amc.com. You should ensure that you have an AMC Premiere ready device prior to purchasing or ordering any AMC Premiere Services.

Source: https://www.amc.com/terms-premiere#6

- Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
- Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6

22. The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription; thus media content may not be available for storage if a user is already above their memory limit or if the user has not subscribed to any service). Certain aspects of these elements

are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **How do I download episodes on AMC Premiere?**
>
> You can access temporary downloads for shows on AMC Premiere in the AMC app. Once added to your list, they will be available for 14 days or less if the episode is removed from AMC Premiere.

Source: https://www.amcpremiere.com/guide

> - Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
> - Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6

> **10. Availability of Content**
>
> We strive to provide a great selection of Content to you through the AMC Premiere Services. We may add, remove or disable access to certain Content on some or all of the AMC Premiere Services at our sole discretion. You understand that the Content and AMC Premiere Services available to you may change over time, including during your subscription period. In addition, some Content may not be available in your geographic region or may not be accessible to you based on your equipment or other factors.

Source: https://www.amc.com/terms-premiere#6

23. If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The server will initiate delivery of the requested media content to the consumer device (e.g., stream live camera feed to a smartphone or tablet or desktop computer) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are

illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

> **When are episodes available on AMC Premiere?**
>
> Select shows have full seasons available early. Otherwise, most episodes are available on demand at the same time they air on live TV. Some shows, like Talking Dead, are broadcast live and are available on AMC Premiere early the following morning.

Source: https://www.amcpremiere.com/guide

> - Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
> - Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6

24.  The media data time data that indicates a length of time to store the requested media content (e.g. a user is allowed to store media content for maximum of 14 days as based upon their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **How do I download episodes on AMC Premiere?**
>
> You can access temporary downloads for shows on AMC Premiere in the AMC app. Once added to your list, they will be available for 14 days or less if the episode is removed from AMC Premiere.

Source: https://www.amcpremiere.com/guide

> - Streaming-on-demand: You can stream the Content on demand on an unlimited basis (as long as the User remains a subscriber to the AMC Premiere Services); and/or
> - Download-to-rent: You can download the Content via the App on your an iPhone mobile device or Android mobile device. Your mobile device must be connected to the internet via a data plan through your mobile provider or WiFi to temporarily download select Content for offline viewing. Once you select and download Content, you can watch the downloaded Content for fourteen (14) days from the date of your download or, if earlier, until the Content expires. After the fourteen (14) day period, if you are still an active subscriber to the AMC Premiere Services, you may download the Content again, provided the Content has not expired. For the avoidance of doubt, the download-to-rent option is not available on Apple TV, Fire TV or Roku.

Source: https://www.amc.com/terms-premiere#6

25.     The server must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is stored in the cloud). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> **When are episodes available on AMC Premiere?**
>
> Select shows have full seasons available early. Otherwise, most episodes are available on demand at the same time they air on live TV. Some shows, like Talking Dead, are broadcast live and are available on AMC Premiere early the following morning.

Source: https://www.amcpremiere.com/guide

> **10. Availability of Content**
>
> We strive to provide a great selection of Content to you through the AMC Premiere Services. We may add, remove or disable access to certain Content on some or all of the AMC Premiere Services at our sole discretion. You understand that the Content and AMC Premiere Services available to you may change over time, including during your subscription period. In addition, some Content may not be available in your geographic region or may not be accessible to you based on your equipment or other factors.

Source: https://www.amc.com/terms-premiere#6

26.     After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., subscription level etc.). Certain aspects of these elements are illustrated in the screenshots provided in connection with other allegations herein.

27.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

28.     Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

29.     The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

30.     A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

31.     By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

32.     Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

33. As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

34. Plaintiff is in compliance with 35 U.S.C. § 287.

35. As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

36. Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c) Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: March 19, 2020

                        Respectfully submitted,

                        */s/   Jimmy Chong*
                        **JIMMY CHONG, ESQ. (#4839)**
                        **CHONG LAW FIRM PA**
                        2961 Centerville Rd.
                        Ste 350
                        Wilmington, DE 19808
                        302-999-9480
                        chong@chonglawfirm.com

                        **ATTORNEYS FOR PLAINTIFF**
                        **ROTHSCHILD BROADCAST**
                        **DISTRIBUTION SYSTEMS, LLC**