# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00391-MN |
| vs. | § § | PATENT CASE |
| AMC PREMIERE LLC, | § § § | |
| Defendant. | § § § | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1).  Subject to the Court's approval, Plaintiff requests that Defendant's time to answer, move or otherwise respond to the Complaint be extended 45 days up to and including June 4, 2020.  The reason for this requested extension is to allow Defendant time to review Plaintiff's claims.  No party will be prejudiced by this brief extension.

Dated: April 15, 2020

Respectfully submitted,

*/s/Jimmy Chong*

**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(215) 909-5204
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**SO ORDERED**, this _____ day of _____, 2020.

_____
Judge - United States District Court